UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES INC, INC., a Nevada corporation,<br><br>Plaintiffs,<br>v.<br><br>VINH HOANG LY, an individual; VHL DISTRIBUTION, LLC, a Pennsylvania limited liability company; LY ECOM FREEDOM LLC, a Pennsylvania limited liability company; and DOES 1-10, d/b/a "ungatingamazon.com" and "theungatingwizard.com",<br><br>Defendants. | CASE NO. 2:23-cv-01061-TL<br><br>(SEALED)<br><br>ORDER OF REFERRAL |

The Court issues this Order *sua sponte* and in response to *In re: Amazon Counterfeit Enforcement Litigation*, General Order 03-23 (Mar. 7, 2023). Consistent with General Order 03-

(SEALED) - 1

23, the Court hereby REFERS all issues related to service of Defendants to the Magistrate Judges designed by General Order 03-23.

Dated this 31st day of July 2023.

Tana Lin
United States District Judge