UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES INC, INC., a Nevada corporation,<br><br>                Plaintiffs,<br>   v.<br><br>VINH HOANG LY, an individual; VHL DISTRIBUTION, LLC, a Pennsylvania limited liability company; LY ECOM FREEDOM LLC, a Pennsylvania limited liability company; and DOES 1-10, d/b/a "ungatingamazon.com" and "theungatingwizard.com",<br><br>                Defendants. | CASE NO. 2:23-cv-01061-TL<br><br>(SEALED)<br><br>ORDER |

This matter is before the Court on Plaintiffs' Status Update (Dkt. No. 13). On July 31, 2023, the Court granted Plaintiffs' motion to seal this matter on a temporary basis. *See* Dkt. No. 8 (sealed). The Court noted that it would "re-examine the sealing of this action periodically"

(SEALED) - 1

and directed Plaintiffs to file a status report within three months "advising the Court of the status of the ongoing criminal investigation and whether compelling reasons exist to continue sealing the case." *Id*. at 4–5.

In their Status Update filed on October 31, 2023, Plaintiffs state that they have communicated with the United States Attorney's Office for the Eastern District of Pennsylvania and the United States Postal Inspection Service about this matter. *See* Dkt. No. 13 at 2. They confirm that "the government's investigation into Defendants remains active and ongoing" and that it is their understanding that "unsealing the case at this time could risk compromising the investigation into defendants." *Id*. at 3. Plaintiffs request that the matter remain under seal for an additional 120 days, by the end of which they will provide a status update or request unsealing if the government takes overt steps in the investigation or files charges. *See id*.

The Court finds that the ongoing criminal investigation continues to provide compelling reasons to keep this matter temporarily under seal. *See Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Accordingly, this matter SHALL remain sealed for an additional **one hundred twenty (120) days**. Plaintiffs SHALL file a status update on or before the end of that period. If the government takes overt steps in the investigation or files charges, Plaintiffs SHALL promptly file a request for unsealing.

Dated this 1st day of November 2023.

Tana Lin
United States District Judge