UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> VINH HOANG LY et al., <br><br> Defendants. | CASE NO. 2:23-cv-01061-TL-BAT <br><br> **ORDER REGARDING PROOF OF SERVICE, AN EXTENSION OF TIME TO SERVE, OR STAYING SERVICE** |

In an August pre-service scheduling order, the Court directed:

> By **November 7, 2023**, Plaintiffs shall file: (a) an affidavit proving service; (b) a motion for alternative service; (c) a motion requesting an extension of the time to serve, setting forth all efforts taken over the last 90 days to serve defendants; and/or (d) a motion for pre-service discovery.

To date, Plaintiffs have provided none of the above.

This matter remains under temporary seal due to the concern that disclosure of this case would allow Defendants to destroy evidence of alleged misconduct and undermine an ongoing, parallel federal criminal investigation. Dkts. 8, 14. An extension of the temporary seal does not, however, relieve Plaintiffs of their obligation to serve the complaint or to request an extension of time to serve. The Court therefore ORDERS:

ORDER REGARDING PROOF OF SERVICE,
AN EXTENSION OF TIME TO SERVE, OR
STAYING SERVICE - 1

By **December 8, 2023**, Plaintiffs shall file: (a) an affidavit proving service; (b) a motion for alternative service; (c) a motion requesting an extension of the time to serve or to stay service during the pendency of the parallel federal criminal investigation; and/or (d) a motion for pre-service discovery. If Plaintiffs move to stay service during the pendency of the parallel federal criminal investigation, they will be required to file a status report every 90 days to update the Court about whether the stay should be lifted.

DATED this 8th day of November, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge