The Honorable Tana Lin
The Honorable Brian Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; and AMAZON.COM SERVICES LLC, a Delaware limited liability company; AMAZON TECHNOLOGIES, INC., a Nevada corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>VINH HOANG LY, an individual; VHL DISTRIBUTION, LLC, a Pennsylvania limited liability company; LY ECOM FREEDOM LLC, a Pennsylvania limited liability company; and DOES 1-10, d/b/a "ungatingamazon.com" and "theungatingwizard.com,"<br><br>     Defendants. | No. 2:23-cv-01061-TL *SEALED*<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION TO STAY OR EXTEND THE DEADLINE TO SERVE SUMMONSES AND COMPLAINT**<br><br>**FILED UNDER SEAL** |

THIS MATTER came before the Court on the *ex parte* motion by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Amazon Technologies, Inc. (collectively, "Plaintiffs") to stay or extend the deadline to serve the Summonses and Complaint (the "Motion"). The Court, having considered Plaintiffs' Motion and finding good cause, **GRANTS** Plaintiffs' request to stay the deadline to serve the Summonses and Complaint until 30 days after the case is unsealed. Plaintiffs are directed to file a Status Report with the Court every 90 days to update the Court as to whether the stay should be lifted.

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO STAY OR EXTEND DEADLINE TO SERVE
SUMMONSES AND COMPLAINT - 1
(2:23-cv-01061-TL *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 4th day of December, 2023.

        BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO STAY OR EXTEND DEADLINE TO SERVE
SUMMONSES AND COMPLAINT - 2
(2:23-cv-01061-TL *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax