UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| AMAZON.COM Inc. et al., | CASE NO. 2:23-cv-01061-TL-BAT ***SEALED*** |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING *EX PARTE* REQUEST TO EXTEND SEAL UNTIL JUNE 3, 2024 AND TO EXTEND DEADLINE TO SERVE SUMMONSES AND COMPLAINT** |
| VINH HOANG LY et al., , | |
| Defendants. | |

In a status report, plaintiffs filed an *ex parte* request (1) to extend the temporary seal of this matter until June 3, 2024; and (2) to extend the stay of plaintiffs' deadline to serve defendants until thirty (30) days after this case is unsealed. **Dkt. 18**. Plaintiffs anticipate they will seek to unseal this case on or before June 3, 2024. Dkt. 18, at 2.

For the reasons set forward in the orders filed at Docket Numbers 14 and 17, the Court **GRANTS** plaintiffs' *ex parte* request for this matter to remain under seal until June 3, 2024 and to extend the stay of their deadline to serve defendants with the Complaint and related summonses until thirty (30) days after this matter is unsealed. Dkt. 18. Should plaintiffs learn prior to that date that the government has taken overt steps in its investigation or filed related charges, plaintiffs shall promptly provide a status report to the Court requesting that the case be unsealed.

ORDER GRANTING EX PARTE REQUEST
TO EXTEND SEAL UNTIL JUNE 3, 2024
AND TO EXTEND DEADLINE TO SERVE
SUMMONSES AND COMPLAINT - 1

DATED this 7th day of March, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EX PARTE REQUEST
TO EXTEND SEAL UNTIL JUNE 3, 2024
AND TO EXTEND DEADLINE TO SERVE
SUMMONSES AND COMPLAINT - 2