UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM Inc. et al., <br><br> Plaintiff, <br><br> v. <br><br> VINH HOANG LY et al., <br><br> Defendant. | CASE NO. C23-1061-TL-BAT <br><br> **ORDER GRANTING PLAINTIFFS'** ***EX PARTE*** **MOTION TO UNSEAL DOCUMENTS AND CASE AND EXTEND DEADLINE TO SERVE SUMMONS AND COMPLAINT** |

Plaintiffs move *ex parte* to unseal the documents and the case. **Dkt. 21**. The Court **GRANTS** plaintiffs' motion. It is **ORDERED**:

1. Case No. C23-1061-TL-BAT shall be unsealed in its entirety such that it appears on the public docket; and

2. Plaintiffs shall complete service on defendants within sixty (60) days of the date of this order or move for an extension of time to serve.

DATED this 4th day of June, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO UNSEAL DOCUMENTS AND CASE AND EXTEND DEADLINE TO SERVE SUMMONS AND COMPLAINT - 1