# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and AMAZON TECHNOLOGIES INC, INC., a Nevada corporation,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>VINH HOANG LY, an individual; VHL DISTRIBUTION, LLC, a Pennsylvania limited liability company; LY ECOM FREEDOM LLC, a Pennsylvania limited liability company; and DOES 1-10, d/b/a "ungatingamazon.com" and "theungatingwizard.com",<br><br>　　　　　　　Defendants. | CASE NO. 2:23-cv-01061-TL<br><br>ORDER ON MOTION TO WAIVE *PRO HAC VICE* REQUIREMENT FOR LIMITED PURPOSE |

　　This matter is before the Court on Plaintiffs' Motion to Waive Pro Hac Vice Requirement for Limited Purpose ("Motion"). Dkt. No. 43. Having considered the Motion and the Affidavit of Leslie Gillis in support thereof (Dkt. No. 44), and good cause appearing, the Court hereby GRANTS the Motion. Accordingly, the Court HOLDS that attorney Leslie Gillis may sign the

ORDER ON MOTION TO WAIVE PRO HAC VICE REQUIREMENT FOR LIMITED PURPOSE - 1

proposed Consent Judgment that the parties previously filed with this Court, and that the parties may re-file the proposed Consent Judgment for the Court's consideration.

The Court reminds the parties that Counsel Gillis will not be allowed to sign any filing with the "s/ [Name]" convention and will need to use one of the other methods of signature authorized under Local Civil Rule 11(a).

Dated this 3rd day of July, 2025.

Tana Lin
United States District Judge

ORDER ON MOTION TO WAIVE PRO HAC VICE REQUIREMENT FOR LIMITED PURPOSE - 2